**2005–2366.  State v. Artiaga.**
Lucas App. No. L–04–1376, 2005-Ohio-6000. Reported at 108 Ohio St.3d 1512, 2006-Ohio-1329, 844 N.E.2d 856. On motion for reconsideration. Motion denied.

**2005–2372.  Brown v. Ohio Dept. of Job & Family Servs.**
Defiance App. No. 4–05–07, 164 Ohio App.3d 311, 2005-Ohio-5887. Reported at 108 Ohio St.3d 1512, 2006-Ohio-1329, 844 N.E.2d 856. On motion for reconsideration and motion to strike motion for reconsideration. Motion to strike denied. Motion for reconsideration granted to the following extent:
  The discretionary appeal is accepted; the cause is held for the decision in 2006–0405, *Geretz v. Ohio Dept. of Job & Family Servs.*, Erie App. No. E–05–042, 2006-Ohio-321; and the briefing schedule is stayed.

**2006–0027.  Karnofel v. Girard Police Dept.**
Trumbull App. No. 2004–T–0145, 2005-Ohio-6154. Reported at 108 Ohio St.3d 1512, 2006-Ohio-1329, 844 N.E.2d 857. On motion for reconsideration. Motion denied.

**2006–0219.  Hutchins v. FedEx Ground Package Sys.**
Summit App. No. 22551, 2005-Ohio-6738. Reported at 108 Ohio St.3d 1504, 2006-Ohio-1389, 844 N.E.2d 851. On motion for reconsideration. Motion denied.

**2006–0232.  Fuller v. Williams.**
In Habeas Corpus. Reported at 108 Ohio St.3d 1505, 2006-Ohio-1329, 844 N.E.2d 852. On motion for reconsideration. Motion denied.

**2006–0335.  Fugett v. Jeffreys.**
In Habeas Corpus. Reported at 108 Ohio St.3d 1506, 2006-Ohio-1329, 844 N.E.2d 852. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 25, 2006*

[Cite as *05/25/2006 Case Announcements*, 2006-Ohio-2568.]

## DISCIPLINARY CASES

**2006–0461.  Cuyahoga Cty. Bar Assn. v. Maybaum.**
Board of Commissioners on Grievances and Discipline, No. 05–008. This cause is pending before the court on report from the Board of Commissioners on Grievances and Discipline. Upon consideration of relator's motion for continuance of oral argument,
  IT IS ORDERED by the court that the motion is denied.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2006–0884.  St. Bernard Self–Storage, L.L.C. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–T–1532.

**2006–0931.  State ex rel. Worrell v. Ohio Police & Fire Pension Fund.**
Franklin App. No. 05AP–490, 2006-Ohio-1301.